**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Glynn Douglas Dean
Dean Law Offices
P.O. Drawer 280
Opelousas LA 70570


**REHEARING ACTION: December 28, 2007**

**Docket Number: 07   00684-CA consolidated with 506-CA**

**CITY OF OPELOUSAS**
**VERSUS**
**OPELOUSAS MUNICIPAL CIVIL SERVICE COMMISSION, ET AL.**

**Appealed from ST. LANDRY Parish Case No. 07-C-1223-C**


<u>**BEFORE JUDGES**</u>**:**

**Hon. Jimmie C. Peters**
**Hon. Glenn B. Gremillion**
**Hon. J. David Painter**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Opelousas Municipal Civil Service Commission** has this day

been

**DENIED.**


cc: Pride Justin Doran, Counsel for the Appellant
Barbara W. Thomas, In Proper Person
Daniel M. Landry III, Counsel for the Appellee
Philip E. Roberts, Counsel for the Appellee